KAREN DEAQUANETTE LACKING
11872 SUMMERHAVEN CIR
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

CALIBER HOME LOANS, IN
PO BOX 10826
GREENVILLE, SC 29603

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KASHABLE LLC
ATTN: BANKRUPTCY DEPT
489 5TH AVE
NEW YORK, NY 10017

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

NELNET
PO BOX 82561
LINCOLN, NE 68501

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

TRUIST
ATTN: BANKRUPTCY
214 N. TRYON STREET
CHARLOTTE, NC 28202

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001