**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| In Re:<br><br>Karen Deaquanette Lacking,<br>Debtor. | Case No. 26-51708<br><br>Chapter 7<br><br>Judge Katharine M. Samson |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
P.O. Box 9013
Addison, Texas 75001
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for NewRez LLC d/b/a
Shellpoint Mortgage Servicing

**CERTIFICATE OF SERVICE OF REQUEST FOR SERVICE OF NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before October 21 2026 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor** ***Via U.S. Mail***
Karen Deaquanette Lacking
11872 Summerhaven Cir
Gulfport, MS 39503

Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka